[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15819
Non-Argument Calendar

_____

D.C. Docket No. 8:11-cr-00532-VMC-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GALAL RAMADAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 13, 2013)

Before TJOFLAT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Ron Smith, appointed counsel for Galal Ramadan, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramadan's convictions and sentences are **AFFIRMED**. Ramadan's request for a 60-day extension to file an initial appellate brief is **DENIED AS MOOT**.

Additionally, there is a clerical error in the judgment—Count 1 of the judgment incorrectly notes that Ramadan was convicted of conspiracy to commit mail fraud and conversion of public property, in violation of 18 U.S.C. § 371. However, Ramadan was indicted and convicted of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349. Accordingly, the case is **REMANDED** to the district court with instructions to correct the clerical error in Count 1 of the judgment.